UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | Cachet Financial Services v. Berkley Insurance Company et al | Date | February 6, 2023 |
|---|---|---|---|
| Title | 2:22-cv-01157-SPG-JEM   JS-6 | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER DISMISSING ACTION

On January 20, 2023, the Court granted Defendants' Motion to Dismiss with leave to amend. (ECF No. 35). On February 3, 2023, Plaintiff filed a notice of its intent not to amend the complaint. (ECF No. 36). See *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004) ("a plaintiff may obtain an appealable final judgment by filing in writing a notice of intent not to file an amended complaint." (internal quotation marks and alterations omitted)). Therefore, this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

                                                                              : 

                                                Initials of Preparer   pg